**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# MEMORANDUM

DATE:     January 10, 2007

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia
          United States District Court Judge

FROM:     Shelley Mason, Legal Secretary to
          Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:  United States v. David Allen Williams, II
          CR-S-06-377 EJG

---

Please continue the Judgment and Sentencing in the above matter, presently scheduled for January 12, 2007, to **Friday, January 26, 2007, at 10:00 a.m.**

The Courtroom Clerk, Assistant United States Attorney Michelle Rodriguez, and United States Probation Officer Tom Brown, have been notified of the new hearing date.

/slm
cc:   Michelle Rodriguez, Assistant United States Attorney
      Tom Brown, United States Probation Officer
      David Allen Williams, II

IT IS SO ORDERED

_____



FILED
JAN 1 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____